NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH TOOL CORPORATION, ROBERT BOSCH GMBH,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SAWSTOP, LLC, SAWSTOP HOLDING LLC,**
*Intervenors*

---

2017-1883

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-965.

---

## JUDGMENT

---

MARK A. HANNEMANN, Shearman & Sterling LLP, New York, NY, argued for appellants. Also represented by PATRICK ROBERT COLSHER, ERIC SEBASTIAN LUCAS, THOMAS R. MAKIN, JOSEPH MATTHEW PURCELL, JR.

ROBERT JOHN NEEDHAM, Office of General Counsel, United States International Trade Commission, Washing-

ton, DC, argued for appellee. Also represented by
DOMINIC L. BIANCHI, SIDNEY A. ROSENZWEIG, WAYNE W.
HERRINGTON.

RAYMOND N. NIMROD, Quinn Emanuel Urquhart &
Sullivan, LLP, New York, NY, argued for intervenors.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN,
*Circuit Judges*).
### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 12, 2018      /s/ Peter R. Marksteiner
        Date          Peter R. Marksteiner
                  Clerk of Court